UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.

CHRISTOPHER RAY PLYLER,

      Defendant.

                         /

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Threatening Federal Officials)

On or about January 18, 2026, in Ottawa County, in the Western District of Michigan, Southern Division,

**CHRISTOPHER RAY PLYLER**

threatened to assault and murder a Federal law enforcement officer, that is, agents of Immigration and Customs Enforcement, with intent to impede, intimidate and interfere with the agents while they were engaged in the performance of official duties, and to retaliate against them on account of the performance of their official duties.

Specifically, the defendant wrote on YouTube, "We're gearing up for war my friend and I bought whistles and we will be buying guns and I am making chloromine [sic] gas canisters to throw at them and getting deadly chemicals to

spray them with THIS IS WAR AND THEY WILL PAY WITH THEIR LIVES

ELIMINATE THEM ALL KILL THE ICE NAZIS NAZI ELIMINATION NOW."

18 U.S.C. § 115(a)(1)(B)
18 U.S.C. § 115(b)(4)
18 U.S.C. § 115(c)(1)

## COUNT 2
(Interstate Threatening Communication)

On or about January 16, 2026, in Ottawa County, in the Western District of Michigan, Southern Division,

## CHRISTOPHER RAY PLYLER

knowingly transmitted a communication in interstate commerce containing a threat to injure the person of another, recklessly disregarding a substantial risk that his communication would be viewed as threatening violence.

Specifically, the defendant wrote on YouTube, "LET THEM COME I'M READY TO KILL ICE NAZIS AND MAKE THEM PAY WITH THEIR LIVES THE WAR IS ON."

18 U.S.C. § 875(c)

## COUNT 3
(Interstate Threatening Communication)

On or about January 18, 2026, in Ottawa County, in the Western District of Michigan, Southern Division,

### CHRISTOPHER RAY PLYLER

knowingly transmitted a communication in interstate commerce containing a threat to injure the person of another, recklessly disregarding a substantial risk that his communication would be viewed as threatening violence.

Specifically, the defendant wrote on YouTube, "We're gearing up for war my friend and I bought whistles and we will be buying guns and I am making chloromine [sic] gas canisters to throw at them and getting deadly chemicals to spray them with THIS IS WAR AND THEY WILL PAY WITH THEIR LIVES ELIMINATE THEM ALL KILL THE ICE NAZIS NAZI ELIMINATION NOW."
18 U.S.C. § 875(c)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

NILS R. KESSLER
Assistant United States Attorney